George J. Wall, OSB No. 934515
gwall@eastpdxlaw.com
825 NE 20th Ave., Suite 330
Portland OR 97232
Telephone: (503)236-0068
Fax No.: (503)236-0028

    Of Attorneys for Plaintiff, Lee J.

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| Lee J., | Case No.: 3:21-cv-01810-YY |
|     Plaintiff, | |
| v. | ORDER AWARDING ATTORNEY FEES PER 28 USC 2412(d) |
| KILOLO KIJAKAZI, Acting Commissioner, Social Security Administration, | |
|     Defendant. | |

It is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, an attorney fee in the amount of $6,208.54 is awarded to Plaintiff. It is ordered that the attorney fee will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). If Plaintiff has no such debt, then the check shall be made payable to Plaintiff's attorney and mailed to Plaintiff's attorney's mailing address at: 825 NE 20TH Ave., Suite 330, Portland OR 97232. If Plaintiff has such debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff and mailed to

Plaintiff's attorney's mailing address stated above.

      IT IS SO ORDERED:    <u>  April 24, 2023            </u>

                                        <u>    /s/ Youlee Yim You             </u>
                                          U.S. Magistrate Judge

Proposed Order submitted:　　　　　　　Date:  April 21, 2023.

 /s/ George Wall
_____
George J. Wall, OSB #934515
gwall@eastpdxlaw.com
Phone No.:  503-236-0068
Fax No.:  503-236-0028
Attorney for Plaintiff, Lee J.